FILED
2012 May-16 AM 11:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| SHELIA RANEY, | ) |
|       Plaintiff | ) |
| vs. | ) Case No. 5:10-cv-00445-WMA-HGD |
| PAPER & CHEMICAL SUPPLY COMPANY, | ) |
|       Defendant | ) |

**MEMORANDUM OPINION**

On April 24, 2012, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections to the magistrate judge's report and recommendation have been filed by plaintiff or defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge. Accordingly, the court finds and concludes that defendant's Motion for Summary Judgment (Doc. 13) is due to be granted and this action dismissed with prejudice.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 16th day of May, 2012.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE