FILED

2012 May-16  AM 11:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| SHELIA RANEY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No.  5:10-cv-00445-WMA-HGD |
| | ) | |
| PAPER & CHEMICAL SUPPLY | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant | ) | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion entered contemporaneously herewith and Rule 58, Fed.R.Civ.P., it is ORDERED, ADJUDGED and DECREED that defendant's Motion for Summary Judgment is due to be and hereby is GRANTED and this action hereby is DISMISSED WITH PREJUDICE, each party to bear its own costs.

DONE this 16th day of May, 2012.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE